# UNITED STATES BANKRUPTCY COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

In re: DAILEY, TAMMARA LEE § Case No. 8:13-bk-02615-KRM
§
§
Debtor(s) §

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on February 28, 2013. The undersigned trustee was appointed on March 01, 2013.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of        $         11,000.00

   Funds were disbursed in the following amounts:
   Payments made under an
     interim distribution                                        0.00
   Administrative expenses                                   6,050.00
   Bank service fees                                            10.00
   Other payments to creditors                                   0.00
   Non-estate funds paid to 3rd Parties                          0.00
   Exemptions paid to the debtor                                 0.00
   Other payments to the debtor                                  0.00

   Leaving a balance on hand of [1]      $          4,940.00

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 10/28/2013 and the deadline for filing governmental claims was 08/27/2013. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,237.50. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,237.50, for a total compensation of $1,237.50.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $65.53, for total expenses of $65.53.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 10/14/2015   By: /s/Stephen L. Meininger
                      Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 8:13-bk-02615-KRM  
**Case Name:** DAILEY, TAMMARA LEE  

**Trustee:** (290380) Stephen L. Meininger  
**Filed (f) or Converted (c):** 02/28/13 (f)  
**§341(a) Meeting Date:** 04/04/13  

**Period Ending:** 10/14/15  
**Claims Bar Date:** 10/28/13  

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | 1/2 INTEREST IN HOMESTEAD | 69,404.00 | 0.00 | | 0.00 | FA |
| 2 | 1/2 INTEREST IN CHASE CHECKING | 36.68 | 0.00 | | 0.00 | FA |
| 3 | HOUSEHOLD GOODS, FURNISHINGS, AUDIO, VIDEO | 825.00 | 0.00 | | 0.00 | FA |
| 4 | WOMEN'S CLOTHING | 25.00 | 0.00 | | 0.00 | FA |
| 5 | SILVER JEWELRY | 25.00 | 0.00 | | 0.00 | FA |
| 6 | ANTICIPATED 2012 INCOME TAX REFUND. | 219.00 | 0.00 | | 0.00 | FA |
| 7 | ADV PRO 14-0505  (u) | 0.00 | 4,000.00 | | 4,000.00 | FA |
| 8 | ADV PRO 14-0506  (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 9 | FAIR DEBT COLLECTION ACT VIOLATION  (u) | 0.00 | 3,500.00 | | 3,500.00 | FA |
| 9 | Assets  Totals (Excluding unknown values) | $70,534.68 | $11,000.00 | | $11,000.00 | $0.00 |

**Major Activities Affecting Case Closing:**

TFR that was filed on 5/13/15 has not been approved; 10/8/15 Karen Boylan to be contacted; Re-submitted the TFR

**Initial Projected Date Of Final Report (TFR):** July 31, 2015      **Current Projected Date Of Final Report (TFR):** May 13, 2015  (Actual)

Printed: 10/14/2015 11:12 AM     V.13.23

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

| | |
|---|---|
| **Case Number:** 8:13-bk-02615-KRM | **Trustee:** Stephen L. Meininger (290380) |
| **Case Name:** DAILEY, TAMMARA LEE | **Bank Name:** Rabobank, N.A. |
| | **Account:** ******9566 - Checking Account |
| **Taxpayer ID #:** **-***6963 | **Blanket Bond:** $48,399,000.00   (per case limit) |
| **Period Ending:** 10/14/15 | **Separate Bond:** N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/23/15 | | Lash & Wilcox PL | Adversary Settlement Proceeds Order dated 10/16/14 | | 1,550.00 | | 1,550.00 |
| | {8} | | Adversary Settlement Proceeds          3,500.00 | 1249-000 | | | 1,550.00 |
| | | Lash & Wilcox PL | Attorney for the Trustee Fees          -1,950.00 | 3210-002 | | | 1,550.00 |
| 04/23/15 | | Lash & Wilcox PL | FDCPA claim against FIA Card Services Order dated 12/22/14 | | 1,400.00 | | 2,950.00 |
| | {9} | | FAIR DEBT COLLECTION ACT VIOLATION          3,500.00 | 1249-000 | | | 2,950.00 |
| | | Lash & Wilcox PL | Attorney for the Trustee Fees          -2,100.00 | 3210-002 | | | 2,950.00 |
| 04/28/15 | | Lash & Wilcox PL | Adversary Settlement Proceeds Order dated 3/3/15 | | 2,000.00 | | 4,950.00 |
| | {7} | | Adversary Settlement Proceeds          4,000.00 | 1249-000 | | | 4,950.00 |
| | | Lash & Wilcox PL | Attorney for the Trustee Fees          -2,000.00 | 3210-002 | | | 4,950.00 |
| 04/30/15 | | Rabobank, N.A. | Bank and Technology Services Fee | 2600-000 | | 10.00 | 4,940.00 |
| | | | **ACCOUNT TOTALS** | | **4,950.00** | **10.00** | **$4,940.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | **4,950.00** | **10.00** | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$4,950.00** | **$10.00** | |

| | |
|---|---|
| Net Receipts : | 4,950.00 |
| Plus Gross Adjustments : | 6,050.00 |
| Less Other Noncompensable Items : | 6,050.00 |
| Net Estate : | $4,950.00 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ******9566 | 4,950.00 | 10.00 | 4,940.00 |
| | $4,950.00 | $10.00 | $4,940.00 |

{} Asset reference(s)

# Middle District of Florida
# Claims Register

### 8:13-bk-02615-KRM Tammara Lee Dailey

**Judge:** K. Rodney May  
**Office:** Tampa  
**Trustee:** Stephen L Meininger  

**Chapter:** 7  
**Last Date to file claims:** 10/28/2013  
**Last Date to file (Govt):**

| Creditor: (23168815)<br>Pinellas County Tax Collector<br>PO Box 4006<br>Seminole, FL 33775-4006 | **Claim No: 1**<br>Original Filed Date: 03/12/2013<br>Original Entered Date: 03/12/2013 | Status:<br>Filed by: CR<br>Entered by: Pinellas County Tax Collector (KH)<br>Modified: |
|---|---|---|

| Amount | claimed: | $631.94 |
|---|---|---|
| Secured | claimed: | $631.94 |

**History:**

| Details | 1-1 | 03/12/2013 | Claim #1 filed by Pinellas County Tax Collector, Amount claimed: $631.94 (Pinellas County Tax Collector (KH)) |
|---|---|---|---|

**Description:** (1-1) 2013 Estimated Real Estate Tax  
**Remarks:**

| Creditor: (23712169)<br>American InfoSource LP as agent for<br>TD Bank, USA<br>PO Box 248866<br>Oklahoma City, OK 73124-8866 | **Claim No: 2**<br>Original Filed Date: 07/29/2013<br>Original Entered Date: 07/29/2013<br>Last Amendment Filed: 04/01/2015<br>Last Amendment Entered: 04/01/2015 | Status:<br>Filed by: CR<br>Entered by: American InfoSource, LP (RL)<br>Modified: |
|---|---|---|

| Amount | claimed: | $4749.34 |
|---|---|---|

**History:**

| Details | 2-1 | 07/29/2013 | Claim #2 filed by American InfoSource LP as agent for, Amount claimed: $4749.34 (American InfoSource (LW)) |
|---|---|---|---|
| Details | 2-2 | 03/24/2015 | Amended Claim #2 filed by American InfoSource LP as |

Exhibit C

| | | | |
|---|---|---|---|
| | | | agent for, Amount claimed: $4749.34 (American InfoSource, LP (RL)) |
| Details | 2-3 | 04/01/2015 | Amended Claim #2 filed by American InfoSource LP as agent for, Amount claimed: $4749.34 (American InfoSource, LP (RL)) |

Description:

Remarks:

| Creditor: (23716178) Discover Bank DB Servicing Corporation PO Box 3025 New Albany, OH 43054-3025 | Claim No: 3 Original Filed Date: 07/30/2013 Original Entered Date: 07/30/2013 | Status: Filed by: CR Entered by: Discover Bank (KB) Modified: |
|---|---|---|

Amount claimed: $14527.83

History:

| Details | 3-1 | 07/30/2013 | Claim #3 filed by Discover Bank, Amount claimed: $14527.83 (Discover Bank (KB)) |
|---|---|---|---|

Description:

Remarks:

| Creditor: (23771159) Quantum3 Group LLC as agent for Comenity Bank PO Box 788 Kirkland, WA 98083-0788 | Claim No: 4 Original Filed Date: 08/14/2013 Original Entered Date: 08/14/2013 | Status: Filed by: CR Entered by: Dhar Sandhu Modified: |
|---|---|---|

Amount claimed: $1210.56

History:

| Details | 4-1 | 08/14/2013 | Claim #4 filed by Quantum3 Group LLC as agent for, Amount claimed: $1210.56 (Sandhu, Dhar ) |
|---|---|---|---|

Description: (4-1) Unsecured Debt

Remarks:

| Creditor: (23865358) eCAST Settlement Corporation, | Claim No: 5 Original Filed | Status: Filed by: CR |
|---|---|---|

| Creditor: (23865411) eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | Original Filed Date: 09/13/2013 Original Entered Date: 09/13/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III Modified: |
|---|---|---|

Exhibit C

Amount claimed: $9434.70

History:
| Details | 5-1 | 09/13/2013 | Claim #5 filed by eCAST Settlement Corporation, assignee, Amount claimed: $9434.70 (Lee, Thomas ) |
|---|---|---|---|

Description: (5-1) CREDIT CARD DEBT

Remarks:

| Creditor: (23865411) eCAST Settlement Corporation, assignee of Chase Bank USA, N.A. POB 29262 New York, NY 10087-9262 | **Claim No: 6** Original Filed Date: 09/13/2013 Original Entered Date: 09/13/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III Modified: |
|---|---|---|

Amount claimed: $4895.38

History:
| Details | 6-1 | 09/13/2013 | Claim #6 filed by eCAST Settlement Corporation, assignee, Amount claimed: $4895.38 (Lee, Thomas ) |
|---|---|---|---|

Description: (6-1) CREDIT CARD DEBT

Remarks:

| Creditor: (23865480) American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | **Claim No: 7** Original Filed Date: 09/13/2013 Original Entered Date: 09/13/2013 | Status: Filed by: CR Entered by: Thomas A Lee, III Modified: |
|---|---|---|

Amount claimed: $1482.90

History:
| Details | 7-1 | 09/13/2013 | Claim #7 filed by American Express Centurion Bank, Amount claimed: $1482.90 (Lee, Thomas ) |
|---|---|---|---|

*Description:* (7-1) CREDIT CARD DEBT

*Remarks:*

Exhibit C

| Creditor: (23875081)<br>Capital One, N.A.<br>c o Becket and Lee LLP<br>POB 3001<br>Malvern, PA 19355-0701 | **Claim No: 8**<br>*Original Filed Date*: 09/17/2013<br>*Original Entered Date*: 09/17/2013 | Status:<br>*Filed by:* CR<br>*Entered by:* Thomas A Lee, III<br>*Modified:* |

*Amount* claimed: $1069.81

*History:*

| Details | 8-1 | 09/17/2013 | Claim #8 filed by Capital One, N.A., Amount claimed: $1069.81 (Lee, Thomas ) |

*Description:* (8-1) CREDIT CARD DEBT

*Remarks:*

| Creditor: (24007139)<br>Capital Recovery V, LLC<br>c/o Recovery Management Systems Corporat<br>25 SE 2nd Avenue Suite 1120<br>Miami FL 33131-1605 | **Claim No: 9**<br>*Original Filed Date*: 10/27/2013<br>*Original Entered Date*: 10/27/2013 | Status:<br>*Filed by:* CR<br>*Entered by:* GE Money Bank<br>*Modified:* |

*Amount* claimed: $2277.26

*History:*

| Details | 9-1 | 10/27/2013 | Claim #9 filed by Capital Recovery V, LLC, Amount claimed: $2277.26 (GE Money Bank) |

*Description:*

*Remarks:* (9-1) DILLARD'S

| Creditor: (24008375)<br>Portfolio Recovery Associates, LLC<br>POB 41067<br>Norfolk VA 23541 | **Claim No: 10**<br>*Original Filed Date*: 10/28/2013<br>*Original Entered Date*: 10/28/2013 | Status:<br>*Filed by:* CR<br>*Entered by:* Portfolio Recovery Associates, LLC<br>*Modified:* |

*Amount* claimed: $1864.51

| History: | | | | |
|---|---|---|---|---|
| Details | ● | 10-1 | 10/28/2013 | Claim #10 filed by Portfolio Recovery Associates, LLC, Amount claimed: $1864.51 (Portfolio Recovery Associates, LLC) |
| Description: | | | | |
| Remarks: | | | | |

Exhibit C

# Claims Register Summary

**Case Name:** Tammara Lee Dailey
**Case Number:** 8:13-bk-02615-KRM
**Chapter:** 7
**Date Filed:** 02/28/2013
**Total Number Of Claims:** 10

| Total Amount Claimed* | $42144.23 |
|---|---|
| Total Amount Allowed* | |

*Includes general unsecured claims

**The values are reflective of the data entered. Always refer to claim documents for actual amounts.**

| | Claimed | Allowed |
|---|---|---|
| Secured | $631.94 | |
| Priority | | |
| Administrative | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 05/11/2015 15:41:56 | | | |
| PACER Login: | mm0192:2599267:0 | Client Code: | 8:13-bk-02615- |

Page 5 of 6

Exhibit C

| **Description:** | Claims Register | **Search Criteria:** | KRM Filed or Entered From: 1/1/2013 Filed or Entered To: 5/11/2015 |
|---|---|---|---|
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**TRUSTEE'S PROPOSED DISTRIBUTION**  Exhibit D

Case No.: 8:13-bk-02615-KRM
Case Name: DAILEY, TAMMARA LEE
Trustee Name: Stephen L. Meininger

**Balance on hand:** $ 4,940.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| 1 | Pinellas County Tax Collector | 631.94 | 0.00 | 0.00 | 0.00 |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 4,940.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Stephen L. Meininger | 1,237.50 | 0.00 | 1,237.50 |
| Trustee, Expenses - Stephen L. Meininger | 65.53 | 0.00 | 65.53 |
| Charges, U.S. Bankruptcy Court | 700.00 | 0.00 | 700.00 |

Total to be paid for chapter 7 administration expenses: $ 2,003.03
Remaining balance: $ 2,936.97

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 2,936.97

**UST Form 101-7-TFR (05/1/2011)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 2,936.97

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 41,512.29 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 7.1 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 -3 | American InfoSource LP as agent for | 4,749.34 | 0.00 | 336.01 |
| 3 | Discover Bank | 14,527.83 | 0.00 | 1,027.84 |
| 4 | Quantum3 Group LLC as agent for | 1,210.56 | 0.00 | 85.65 |
| 5 | eCAST Settlement Corporation, assignee | 9,434.70 | 0.00 | 667.50 |
| 6 | eCAST Settlement Corporation, assignee | 4,895.38 | 0.00 | 346.35 |
| 7 | American Express Centurion Bank | 1,482.90 | 0.00 | 104.91 |
| 8 | Capital One, N.A. | 1,069.81 | 0.00 | 75.69 |
| 9 | Capital Recovery V, LLC | 2,277.26 | 0.00 | 161.11 |
| 10 | Portfolio Recovery Associates, LLC | 1,864.51 | 0.00 | 131.91 |

Total to be paid for timely general unsecured claims: $ 2,936.97
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**